**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**PATRICK MAPLES**                                                                    **PETITIONER**
**Reg #21422-076**

**v.**                 **CASE NO: 2:12CV00059 BSM**

**T.C. OUTLAW**                                                                       **RESPONDENT**

## **ORDER**

The proposed findings and recommended disposition [Doc. No. 12] submitted by United States Magistrate Judge Jerome T. Kearney have been reviewed. No objections have been filed. After careful consideration and a *de novo* review of the record, it is found that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety.

IT IS THEREFORE ORDERED THAT this case is dismissed without prejudice.

Dated this 18th day of March 2013.

                                                                        */s/ Brian S. Miller*
                                                       UNITED STATES DISTRICT JUDGE